United States Courts
Southern District of Texas
FILED
August 23, 2019
David J. Bradley, Clerk of Court

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
July 31, 2019
Lyle W. Cayce
Clerk

No. 15-70015

D.C. Docket No. 4:09-CV-2999

CARLOS MANUEL AYESTAS, also known as Dennis Zelaya Corea,

    Petitioner - Appellant

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

    Respondent - Appellee

Appeal from the United States District Court for the
Southern District of Texas

Before SMITH, SOUTHWICK, and HO, Circuit Judges.

## JUDGMENT ON REMAND FROM THE
## SUPREME COURT OF THE UNITED STATES

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.



Certified as a true copy and issued
as the mandate on Aug 23, 2019

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

August 23, 2019

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 15-70015    Carlos Ayestas v. Lorie Davis, Director  
                           USDC No. 4:09-CV-2999

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____  
                                Mary Frances Yeager, Deputy Clerk  
                                504-310-7686

cc:   Ms. Sheri L. Johnson  
      Mr. Lee Benjamin Kovarsky  
      Mr. Jason R. LaFond  
      Ms. Tina J. Miranda  
      Ms. Meaghan McLaine VerGow  
      Ms. Gwendolyn Suzanne Vindell