Case 4:09-cv-02999 Document 96 Filed on 08/30/21 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 30, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS MANUEL AYESTAS, | § § | |
| Petitioner, | § § § | |
| | § § | CIVIL ACTION NO. H-09-2999 |
| BOBBY LUMPKIN, Director, Texas Department of Criminal Justice-Correctional Institutions Division, | § § § § § | |
| Respondent. | § § | |

## Scheduling Order

Petitioner will file his first amended petition by September 28, 2021. The parties will confer regarding a schedule for remaining deadlines, including discovery limited to the issues raised by the Siegler Memo, and will submit a joint proposed scheduling order by September 14, 2021. If the parties are unable to agree on a proposed schedule, each party will submit its own proposed schedule with a brief explanation of why it is superior to the opposing party's proposal.

SIGNED this **30th** day of August, 2021, at Houston, Texas.

```
                    _____
                              Sim Lake
                    Senior United States District Judge
```

2