# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CARLOS MANUEL AYESTAS, a/k/a Dennis Humberto Zelaya Corea<br><br>Petitioner,<br><br>v.<br><br>BOBBY LUMPKIN, Director, Texas Department of Criminal Justice, Correctional Institutions Division<br><br>Respondent. | §§§§§§§§§§§§§§§§§§§§<br><br>USDC No. 4:09-cv-2999<br><br>Capital Case |

## PETITIONER'S SECOND STATEMENT REGARDING PROPOSED SCHEDULE

In accordance with the Court's August 30, 2021 Order, Petitioner proposes the below schedule for remaining deadlines in the case. The parties have not reached agreement on a proposed schedule because the Director continues to maintain that no schedule is necessary. Petitioner respectfully submits that the Director misconstrues this Court's orders.

On August 12, 2021, the Court granted post-judgment relief and ordered the Parties to meet and confer on a schedule for developing facts relating to Petitioner's claim of unconstitutional discrimination. The Director declined to discuss the schedule proposed by Petitioner on the ground that the August 12 Order did not permit amendment of the habeas petition. On August 30, 2021, following briefing on the disputed scheduling question, this Court set a deadline for Petitioner to file an amended petition and for the parties to "confer regarding a schedule for remaining deadlines, including discovery limited to the issues raised by the Siegler Memo." Dkt. 96.

1

After that Order, Petitioner again attempted to meet and confer with the Director regarding a schedule for remaining deadlines. This time, the Director advised Petitioner that he considered it inappropriate to proffer a scheduling order without the Court resolving his anticipated objections. The Director explained that he interprets the Court's order not to reopen the judgment but to grant Petitioner's 60(b) motion only insofar as it returns the parties to a Rule 59 posture. Petitioner disagrees that the Court's Order directing Petitioner to "file his first amended petition by September 28, 2021" and instructing the parties to confer over a scheduling that "include[es] discovery" permits the Director's interpretation.

Petitioner accordingly submits this proposed schedule without the Director's agreement:

| Event | Date |
| --- | --- |
| Initial Discovery Requests | October 12, 2021 |
| Substantial Completion of Document Productions | March 7, 2022 |
| Fact Discovery Deadline | April 7, 2022 |
| Plaintiff Opening Expert Report Due | April 21, 2022 |
| Defense Expert Report Due | May 21, 2022 |
| Plaintiff Rebuttal Expert Report Due | June 7, 2022 |
| Expert Discovery Deadline | June 21, 2022 |
| Second Amended Pleading | June 28, 2022 |
| Submit Exhibit lists, Stipulations, Witness Lists, Deposition designations to the Court; File motions | July 19, 2022 |
| Counter-designations and Responses to Motions | August 2, 2022 |
| Counter-counter Designations and Replies to Motions | August 16, 2022 |
| Pre-hearing Conference | August 30, 2022 |
| Hearing | September 30, 2022 |

Petitioner also respectfully submits that future discussions between the parties may be aided if the Court reiterates in its order that it has granted the post-judgment relief necessary to allow Petitioner to amend his petition and to add claims pertaining to the Siegler Memorandum.

Dated:  September 14, 2021

Sheri Lynn Johnson
* *motion to appear pro hac vice forthcoming*
Cornell Law School
240 Myron Taylor Hall
Ithaca, NY 14853
(607) 255-6478
slj8@cornell.edu

Respectfully submitted,

/s/ Lee B. Kovarsky

Lee B. Kovarsky
Phillips Black, Inc.
727 East Dean Keeton Street
Jon 6.222
Austin, TX 78705
(434) 466-8257
l.kovarsky@phillipsblack.org


Attorneys for Petitioner

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of September 2021, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Lee Kovarsky*