IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS MANUEL AYESTAS, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 4:09-CV-2999 |
| | § | |
| BOBBY LUMPKIN, Director, | § | (Death Penalty Case) |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions | § | |
| Division, | § | |
|     Respondent. | § | |

### RESPONDENT'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER

This Court entered a scheduling order on November 15, 2021, governing the parties' deadlines related to Ayestas's amended federal petition. ECF No. 110. Under that scheduling order, the Director's answer was due February 14, 2022, but the Court granted the Director's request for an extension of time to file the answer on or before March 16, 2022. ECF No. 112. The remaining deadlines in the Court's scheduling order, however, have thus far remained unaltered. In the interest of fairness to both parties, the Director now respectfully moves to amend the scheduling order so that all remaining deadlines also receive a corresponding extension of thirty days. Specifically, the Director requests that the Court amend the scheduling order as follows:

- The Director's answer will be due March 16, 2022.

- Ayestas's reply to the Director's answer shall be filed on or before May 16, 2022.

- The parties shall file motions for discovery under Rule 6 of the Rules Governing § 2254 Cases (Rule 6 motions) on or before June 13, 2022.

- Responses to Rule 6 motions shall be filed on or before July 13, 2022.

- Replies to responses to Rule 6 motions shall be filed on or before August 3, 2022.

                Respectfully submitted,

                KEN PAXTON
                Attorney General of Texas

                BRENT WEBSTER
                First Assistant Attorney General

                JOSH RENO
                Deputy Attorney General
                for Criminal Justice

                EDWARD L. MARSHALL
                Assistant Attorney General
                Chief, Criminal Appeals Division

                <u>s/ Gwendolyn S. Vindell</u>

*Lead Attorney        GWENDOLYN S. VINDELL*
                Assistant Attorney General
                State Bar No. 24088591
                Southern ID No. 2202376

                P.O. Box 12548, Capitol Station
                Austin, Texas 78711
                (512) 936-1400
                Facsimile No. (512) 936-1280

                ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Gwendolyn S. Vindell, Assistant Attorney General of Texas, do hereby certify that opposing counsel, Anwar L. Graves, confirmed by email on February 11, 2022, that he is unopposed to this motion.

s/ Gwendolyn S. Vindell
GWENDOLYN S. VINDELL
Assistant Attorney General

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing pleading was served by placing same in the United States Mail, postage prepaid, on this the 11th day of February, 2022, addressed to:

Sheri L. Johnson
Cornell University
School of Law
240 Myron Taylor Hall
Ithaca, NY 14853-4901

Lee Benjamin Kovarsky
Phillips Black, Inc.
727 East Dean Keeton Street
Jon 6.222
Austin, TX 78705

s/ Gwendolyn S. Vindell
GWENDOLYN S. VINDELL
Assistant Attorney General
