United States District Court
Southern District of Texas
**ENTERED**
February 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CARLOS MANUEL AYESTAS, § | |
|    *Petitioner*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:09-CV-2999 |
| § | |
| BOBBY LUMPKIN, DIRECTOR, TEXAS § | |
| DEPARTMENT OF CRIMINAL JUSTICE, § | |
| CORRECTIONAL INSTITUTIONS DIVISION, § | |
|    *Respondent*. § | |

# **ORDER**

On August 28, 2023, the District Judge referred the parties' discovery dispute in this Writ of Habeas Corpus case filed by a death row prisoner to United States Magistrate Judge Christina A. Bryan. ECF 145. The Court conducted a hearing on the record on September 18, 2023 and issued an Order that was adopted by the District Judge. ECF 147; ECF 150. Thereafter, the parties continued to confer to resolve objections and narrow discovery requests but recently reached on impasse and a further hearing to resolve remaining disputes was requested. ECF 163. The Court ordered Petitioner to present the remaining discovery dispute in a Motion to Compel. ECF 164. Petitioner filed an Opposed Motion to Compel Mainframe Data (ECF 165) and Respondent filed a Response (ECF 170).

The Court held a Zoom videoconference on the record on February 7, 2024 on Petitioner's Motion to Compel. As stated on the record, the Court finds, as it has previously, that the information sought by Petitioner is relevant and discoverable. Respondent confirmed on the record that he is not objecting to Petitioner's request for production on the basis of burden and that his objections are limited relevance as set forth in his Response. For the reasons stated on the record, it is

ORDERED that Petitioner's Motion to Compel (ECF 165) is GRANTED. It is further

ORDERED that Respondent must search the TDCJ Mainframe Database and produce demographic data about defendants who were in TDCJ custody as a result of a successful murder or capital murder prosecution by the Harris County District Attorney's Office between 1979 and 2008 (the covered period). This Order does not obligate Respondent to search or produce records from the covered period that are not accessible on the Mainframe Database (which came into existence in 1994). Therefore, this Order obligates Respondent to produce only the requested demographic information for the covered period that is stored electronically in the Mainframe Database. It is further

ORDERED that Respondent has waived any objection to Petitioner's requested production based on the burden of production. It is further

ORDERED that Respondent must produce the responsive documents within 21 days of entry of this Order, unless this Order has been stayed, vacated, or modified by the District Judge.

Signed on February 08, 2024, at Houston, Texas.

                                                        Christina A. Bryan
                                          United States Magistrate Judge