UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CARLOS MANUEL AYESTAS,<br>*Petitioner,*<br><br>v.<br><br>BOBBY LUMPKIN, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,<br>*Respondent.* | § § § § § § § § § § § § | CIVIL ACTION NO. 4:09-CV-2999 |

## ORDER OF ADOPTION

The parties' discovery dispute was referred to United States Magistrate Judge Christina A. Bryan for resolution. ECF 145. On February 8, 2024, the Court issued an Order granting Petitioner's Opposed Motion to Compel (ECF 165) and ordering Respondent to "produce the responsive documents within 21 days of entry of this Order, unless this Order has been stayed, vacated, or modified by the District Judge." ECF 172. On February 21, 2024, Respondent filed his Objections to the February 8, 2024 Order. ECF 179. The Court stayed the deadline for compliance with the February 8, 2024 Order through March 12, 2024. ECF 180. Petitioner filed his Response to Director's Objections on March 6, 2024. ECF 181.

Having reviewed the Order, Objections, and Response, the Court finds no clear error in Judge's Bryan's February 8, 2024 Order. For the reasons stated in the Court's Orders (*See* ECF 131, 147, 150, 172), and by Judge Bryan on the record at the oral hearing on February 7, 2024 (ECF 177), the Court OVERRULES Respondent's Objections and ADOPTS Judge Bryan's February 8, 2024 Order.

SIGNED this 8th day of March, 2024.

------------------------------
SIM LAKE
SENIOR UNITED STATED DISTRICT JUDGE