United States District Court
Southern District of Texas
**ENTERED**
March 19, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| Carlos Manuel Ayestas, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. H-09-2999 |
| | § | |
| Bobby Lumpkin, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division | § | |
| | § | |
| Respondent. | § | |

## O R D E R

Petitioner Carlos Manuel Ayestas's Motion to Compel Discovery from the Harris County District Attorney's Office (docket no. 201), and all related discovery disputes are **REFERRED** to United States Magistrate Judge Christina A. Bryan.

**SIGNED** at Houston, Texas, on this 19th day of March, 2025.

_____

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE