United States District Court
Southern District of Texas
**ENTERED**
July 01, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CARLOS MANUEL AYESTAS, *Petitioner*, | § § § | |
| v. | § § | CIVIL ACTION No. 4:09-CV-2999 |
| ERIC GUERRO, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *Respondent*. | § § § § § | |

## ORDER

Before the Court is Non-Party Harris County District Attorney's Office Motion for Stay of Order Compelling Production Pending Appeal. ECF 207. The Court finds good cause to grant the requested stay. It is therefore

ORDERED that the HCDA's Motion (ECF 207) is GRANTED. HCDA's compliance with this Court's June 3, 2025 Order is stayed pending ruling on HCDA's appeal to the United States Court of Appeals for the Fifth Circuit. It is further

ORDERED that HCDA must promptly file a Notice to the Court when the Fifth Circuit issues its decision.

Signed on July 01, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge